*November 9, 1938.*

YESSA and others, Respondents, vs. NUXOLL and others, Appellants.

For the appellants: *Bird, Smith, Okoneski & Puchner* of Wausau.

For the respondents: *Regner & Krueger* of Wausau.

*By the Court.*—Judgment affirmed.

ELY, Respondent, vs. McDONOUGH, Defendant: GENERAL CASUALTY COMPANY OF WISCONSIN, Appellant.

For the appellant: *Hughes & Anderson* of Superior.

For the respondent: *Conroy & Nagler* of Superior.

For the defendant Robert McDonough: *Donald A. Rock* of Superior.

*By the Court.*—Judgment affirmed.